EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2005

at __10__ o'clock and __52__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCOTT STADNISKY          (01)<br>    a/k/a: "Scoots"<br>DANIEL LYNN MYERS        (02)<br><br>    Defendants. | CR. NO. 04-00363 SOM<br><br>SUPERSEDING INDICTMENT<br><br>[21 U.S.C. §§ 846 &<br> 841(b)(1)(A)] |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by August, 2003 and continuing to September 11, 2004, in the District of Hawaii and elsewhere, SCOTT STADNISKY, a/k/a: "Scoot", and DANIEL LYNN MYERS, the defendants, along with

William Clifford, not indicted herein, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## MANNER AND MEANS OF ACCOMPLISHING CONSPIRACY

1. In order to facilitate his plan to distribute and possess with intent to distribute crystal methamphetamine, SCOTT STADNISKY, aka: "Scoot" would acquire multi-pound quantities of methamphetamine in the Milpitas area of California for distribution to DANIEL LYNN MYERS and others.

2. Once MYERS acquired methamphetamine from STADNISKY, MYERS would then ship the methamphetamine via express packaging services from Freemont, California, to various individuals working at the direction of William Clifford in Hilo, Hawaii.

3. Once Clifford received the methamphetamine, he would then distribute it through subdistributors located in the Hilo area of Hawaii. After collecting moneys owed for the distributed methamphetamine, Clifford would then send payment back to MYERS and STADNISKY by way of express mail packaging services.

4. Following MYERS arrest for methamphetamine related narcotics offenses on June 30, 2004, STADNISKY began dealing crystal methamphetamine directly with Clifford. STADNISKY agreed with Clifford that he would sell the methamphetamine to Clifford for $12,000 per pound, with $300 per pound in shipping fees.

5. Beginning in August, 2004, STADNISKY began sending multi-pound quantities of crystal methamphetamine via express packaging services from the Milpitas area of California to Clifford through third party recipients in Hilo, Hawaii.

6. In early September, 2004, STADNISKY sent a three pound shipment of crystal methamphetamine from Milpitas, California to Clifford in Hilo, Hawaii via Federal Express.

All in violation of Title 21, United States Code, Section 846.

DATED: September 1, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney