

**Toni Fujinaga/HID/09/USCOURTS**
12/20/2005 04:09 PM

To: Susan Mollway/HID/09/USCOURTS, Joni Gross/HID/09/USCOURTS, HIDml_CR Notice Group
cc:
bcc:
Subject: CR 04-00363SOM  USA vs. (04) Daniel Lynn Myers

Motion to Suppress Evidence set for 1/4/06 @ 9:30 a.m. SOM is continued to 1/12/06 @ 9:00 a.m. SOM.

Government's opposition to be filed by 12/23/05.

Defendant's reply to be filed by 12/28/05.

Notified: Kenneth Sorenson AUSA, and (04) Lane Takahashi.

Mr. Sorenson to prepare the stipulation.

Submitted by:

Toni Fujinaga
Courtroom Manager to the
Honorable Susan Oki Mollway
Ph: 541-1297

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2005

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK