# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00363SOM |
| CASE NAME: | USA v. (02) Scott Stadnisky, aka "Scoots" (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | (02) William Harrison (04) not present |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/27/2005 | TIME: | 2:42-2:45:42pm 2:47:20-2:49:15pm |

COURT ACTION: EP: Government's Motion for Brief Continuance of Trial as to Defendants 02 and 04 - defendants 02 and 04 present, both in custody. Defendant 04's counsel Lane Takahashi not present. It is noted that Mr. Takahashi may not have received notice of this hearing.

Court's inclination is to continue this Motion for a few days. Defendant 04 Myers wishes to proceed without his counsel present. Court desires to have Mr. Takahashi present at this hearing. Government's Motion for Brief Continuance of Trial as to Defendants 02 and 04 continued to 12/29/05 at 3:00pm before Judge Chang.

Defendants 02 and 04 waive their presence for the 12/29/05 hearing.

cc: Lane Takahashi, via e-mail

Defendants 02 and 04 are remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Scott Stadnisky2.sa.wpd