# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00363SOM |
| CASE NAME: | USA vs. (02) SCOTT STADNISKY, aka "Scoots" |
| | USA vs. (04) DANIEL LYNN MEYERS |
| ATTYS FOR PLA: | Thomas Muehleck for Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (02) William Harrison |
| | (04) Lane Y. Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/5/2006 | TIME: | 10:29-10:35 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendants (02) and (04) not present, presence waived.

Jury Trial before Judge Susan Oki Mollway on January 31, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4 day(s); Witnesses: 8 to 10.

Defendant: (02) - ½ day(s); Witnesses: 2.
Defendant: (04) - ½ day(s); Witnesses: 2.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (02) and (04)

1. Fed. R. Evid. 404(b) : January **6**, 2006
2. a. Motions in Limine filed and served by :January 11, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: January 16, 2006.
3. Brady and Giglio Material by: January 11, 2006
4. a. Jury Instructions exchanged by January 11, 2006.
   d. Filings required by 4(b) & (c) by: January 18, 2006.
5. Witness Lists per stipulation by January 24, 2006.

6. Exhibits
    a. Parties will exchange exhibits.
    b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. Stipulations: In writing and filed by January 18, 2006.
8. Voir Dire Questions: In writing by January 18, 2006.
9. Trial Briefs: by January 18, 2006.
10. Jencks Disclosures: **No agreement as to this deadline.**
11. Other Matters: CR Final Pretrial Conference Order to be issued.
12. N/A


Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO. 04-00363SOM;
USA vs. (02) SCOTT STADNISKY, aka "Scoots"
USA vs. (04) DANIEL LYNNMEYERS;
Final Pretrial Conference Minutes
1/5/2006