# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Ann Matsumoto |
| DATE: | 1/12/2006 | TIME: | 9:30 - 9:45 |

COURT ACTION:  EP: Motion to Suppress Evidence -

Defendant (04) Daniel Lynn Myers present and in custody.

Arguments.

Motion to Suppress Evidence - Denied.

Court to prepare a written order.

Submitted by: Toni Fujinaga, Courtroom Manager.