# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 02 William Harrison |
| | 04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/19/2006 | TIME: | 3:05 - 4:10 |

COURT ACTION:  EP: Pretrial Conference -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Discussion held re: trial date of 1/31/06.

Defendants request to go forward with jury selection/trial as scheduled on 1/31/06.

Court informs the parties of the trial schedule: 1/31/06; 2/1/06 - 2/3/06; 2/9/06 unless waived; possibly the morning of 2/10/06; 2/14/06 (9:00 - 1:30); 2/15/06; 2/16/06; 2/17/06 (9:00 - 1:30), and 2/22/06.

Discussion held re: witnesses and 404b evidence.

Government requests to submit its witness list prior to trial - objection by defendants.

Government requests an in camera discussion with the Court - objection by defendants.

Sealed In camera discussion held in Chambers on the record.

Government to file a witness list that may be disclosed prior to jury selection.

Government may file a redacted witness list, and may amend its witness list on the day of jury selection - objection by the defendants.

Opening statements - Government 30 - 45 minutes; Defendant (02) 20 - 30 minutes; and Defendant (03) 10 - 15 minutes.

Motions in Limine to be filed by 10:00 a.m. 1/23/06, and will be set for hearing on 1/30/06 @ 11:15 a.m.

Any opposition to be filed by 10:00 A.M. 1/26/06.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.