ORIGINAL

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
SCOTT WILLIAM STADNISKY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at \_\_11\_\_ o'clock and \_\_40\_\_ min. \_\_\_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SCOTT WILLIAM STADNISKY,<br><br>   Defendant. | CR. NO. 04-0363 SOM<br><br>NOTICE OF MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF TELEPHONE RECORDS AND RECORDINGS; DECLARATION OF COUNSEL; MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF TELEPHONE RECORDS AND RECORDINGS; CERTIFICATE OF SERVICE |

**NOTICE OF MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF
TELEPHONE RECORDS AND RECORDINGS**

TO: KENNETH SORENSON, ESQ.
   Room 6100
   PJKK Federal Building
   300 Ala Moana Boulevard
   P. O. Box 50183
   Honolulu, Hawaii 96850
   (Attorney for Plaintiff
    UNITED STATES OF AMERICA)

   PLEASE TAKE NOTICE that on January 30, 2006 at 11:15 a.m.,

the following motion will be heard before the Honorable SUSAN OKI MOLLWAY, in her courtroom in the United States District Court, Hawaii, or soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorneys for Defendant
SCOTT WILLIAM STADNISKY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 04-0363 SOM |
| ) | |
| Plaintiff, ) | MOTION IN LIMINE TO PROHIBIT |
| ) | INTRODUCTION OF TELEPHONE |
| vs. ) | RECORDS AND RECORDINGS |
| ) | |
| SCOTT WILLIAM STADNISKY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF TELEPHONE RECORDS**

Comes now Defendant SCOTT WILLIAM STADNISKY, by and through his counsel above named and hereby moves this Honorable Court for an order prohibiting the introduction of Defendant's telephone records and recordings obtained by the government from the Federal Detention Center, Honolulu.

This motion is based on the records and files of this case, the declaration of counsel and memorandum attached hereto and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SCOTT WILLIAM STADNISKY