# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00363SOM

CASE NAME:        USA vs.  (02) Scott Stadnisky
                            (04) Daniel Lynn Myers

ATTYS FOR PLA:    Kenneth Sorenson

ATTYS FOR DEFT:   02 William Harrison
                  04 Daniel Lynn Myers

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:    Sharon Ross

DATE:     1/30/2006                  TIME:        11:15 - 12:00

---

COURT ACTION:  EP: Motion in Limine -

Arguments.

Defendant Scott William Stadnisky's Motion in Limine To Prohibit Telephone Records
and Recordings - Granted in part and Denied in part.

Defendant Scott William Stadnisky's Motion in Limine To Exclude Other Crimes Wrongs
and Acts - Granted in part and Denied in part.

The substance of the information that is addressed by both motions will be admitted into
evidence.  Any material that identifies incarceration or parole status of Mr. Stadnisky be
redacted out.

Mr. Sorenson to turn over any Giglio materials as soon as possible, but may turn over any
Jencks materials later.

Discussion held re: trial schedule:

Jury Selection /Trial to follow @ 9:00 a.m. 1/31/06, and 2/1/06.

2/2/06 - adjourn shortly before 4:00 p.m.

2/3/06 - 9:00 a.m. - 1:00 p.m.

2/9/06 - full day if needed.

2/10/06 - couple of hours in the morning.

2/14/06 - 9:00 a.m. - 1:30 p.m.

2/15/06 and 2/16/06 - full days.

2/17/06 - 9:00 a.m. - 1:30 p.m.

CRM to make a calendar for prospective jurors and counsel.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.