EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SUPPLEMENTAL |
| | ) | WITNESS LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| SCOTT STADNISKY, (02) | ) | Date:  January 31, 2006 |
| DANIEL LYNN MYERS, (04) | ) | Time:  9:00 a.m. |
| | ) | Judge: Susan Oki Mollway |
| Defendants. | ) | |

GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

COMES NOW, the United States of America, and files herewith its Supplemental Witness List in the above-captioned case. The United States will update this list prior to trial

//

//

//

//

should additional witnesses be deemed necessary for the presentation of evidence during the government's case-in-chief.

DATED: January 30, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By  /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   Assistant U.S. Attorney

GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

1. Damon Medina
2. Lance Sandri
3. Derek Burns
4. Roel Gapusan
5. Jesse Fourmy
6. Casey McEenry
7. Larry Khansmith
8. Mariano Carriaga
9. Deycha Chock
10. Sloane Paglinawan
11. Gary Goldberg
12. Frank Bianco
13. Pam Lau
14. William Clifford
15. Trish Young
16. Gary Tokash
17. Gene Ross
18. Richard Stadnisky
19. Robert Greer
20. Robin Neal (Evidence Custodian)
21. John Margeniau

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    William Harrison, Esq.
    841 Bishop Street
    Suite 800
    Honolulu, HI  96813

    Attorney for Defendant
    SCOTT STADNISKY

    Lane Takahashi, Esq.
    745 Fort Street
    Suite 2121
    Honolulu, HI  96813

    Attorney for Defendant
    DANIEL LYNN MYERS

    DATED:  January 31, 2006, in Honolulu, Hawaii.

                                      /s/ Dawn M. Aihara