EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363 SOM |
|  | ) |  |
| Plaintiff, | ) | GOVERNMENT'S PROPOSED |
|  | ) | VOIR DIRE QUESTIONS; |
| vs. | ) | CERTIFICATE OF SERVICE |
|  | ) |  |
| SCOTT STADNISKY,    (02) | ) | Date:   January 31, 2006 |
| DANIEL LYNN MYERS,  (04) | ) | Time:   9:00 a.m. |
|  | ) | Judge:  Susan Oki Mollway |
| Defendants. | ) |  |
|  | ) |  |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

      COMES NOW, the United States of America, by counsel, and submits herewith its proposed Voir Dire questions to the Court.  The following questions are proposed:

1.    The case involves allegations that the Defendants conspired to distribute methamphetamine.  Is there anyone who believes that controlled substances like methamphetamine should be legalized or de-criminalized?

2.    Does anyone believe that the Government should not investigate drug related crimes?

3.  Is there anyone who believes that law enforcement should not use undercover agents or cooperating citizens or defendants to assist in the investigation of drug related offenses.

4.  The law permits an undercover agent to represent facts that are not true in furtherance of his attempts to investigate illegal activity.  Is there anyone who believes that it is improper for an undercover agent to misrepresent himself or facts during and in furtherance of his investigations?

5.  At times you may hear inappropriate language contained in some of the evidence in the case.  Is there anyone who is so offended by the use of inappropriate language that you could not be fair to either the defendants or the government in rendering your verdict in the case should you hear offensive language?

DATED:  January 30, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    William Harrison, Esq.
    841 Bishop Street
    Suite 800
    Honolulu, HI  96813

    Attorney for Defendant
    SCOTT STADNISKY

    Lane Takahashi, Esq.
    745 Fort Street
    Suite 2121
    Honolulu, HI  96813

    Attorney for Defendant
    DANIEL LYNN MYERS

    DATED:  January 31, 2006, in Honolulu, Hawaii.

                                        /s/ Dawn M. Aihara