# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 1/31/2006 | TIME: | 9:20 - 1:15<br>2:25 - 2:55 |

COURT ACTION:  EP: Jury Selection/Trial -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

9:20 a.m. - Discussion held re: proposed voir dire questions.

9:25 a.m. - 76 Prospective Jurors present.

A panel of 12 Jurors and 4 Alternates selected.

No objection to the manner in which this panel was selected, nor to the makeup of this panel.

All parties satisfied with this panel.

2:25 p.m. - Discussion held without the jury re: Alternate #2's request to be excused.

Alternate #2 present and questioned by the Court.

Alternate #2 excused - no objection.

Mr. Harrison requests to give opening statements tomorrow in order to first review reports - no objection by the government.

Jurors present.

Alternates reseated.

Jurors sworn.

Court preliminarily instructs the Jurors.

Further Jury Trial continued to 2/1/06 @ 9:00 a.m. SOM

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.