# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/1/2006 | TIME: | 9:10 - 11:25<br>1:10 - 4:25 |

COURT ACTION:  EP: Further Jury Trial - 2nd Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Opening statements by the government and by Mr. Harrison.

Mr. Takahashi reserves his opening statement.

Government's Witnesses:  Roel Gapusan CST (expert in narcotics trafficking - specifically methamphetamine trafficking);  Derek Burns CST; Lance Sandri CST; Pamela Lau CST; Gary Goldberg CST (expert in forensic analysis of chemical substances); and Jesse Fourmy CST.

Government's Admitted Exhibits: 25A - 25H, 26 - 45, 5, 4, 14, 15, 16, 17, 18, 19, and 12.

Further Jury Trial continued to 2/2/06 @ 9:00 a.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.