# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/2/2006 | TIME: | 9:20 - 12:00<br>1:30 - 3:55 |

COURT ACTION:  EP: Further Jury Trial - 3rd Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Government's Witnesses: Frank Bianco CST (Expert in examination of chemical substances); and Jesse Fourmy CST.

Government's Admitted Exhibits: 10, 13, 11, 1, 2, 7, 8, 9, 21, and 6.

Further Jury Trial continued to 2/3/06 @ 9:15 a.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.