# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/3/2006 | TIME: | 9:25 - 12:10 |

COURT ACTION:  EP: Further Jury Trial - 4th Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Government's Witness: Jesse Fourmy (DEA).

Further Jury Trial continued to 2/9/06 @ 9:00 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.