# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/9/2006 | TIME: | 9:10 - 12:50<br>1:25 - 4:30 |

COURT ACTION:   EP: Further Jury Trial - 5th Day -

Defendant (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Government's Witness: William Robert Clifford CST.

Further Jury Trial continued to 2/10/06 @ 9:00 a.m. SOM.

Defendants remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.