# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky an d (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/14/2006 | TIME: | 9:10 - 12:30 |

COURT ACTION:  EP: Further Jury Trial - 7th Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Discussion held without the jury re: government's witness Gene Ross.

Mr. Harrison requests a conference with Mr. Ross and the Court before he testifies.

Jurors present.

Government's Witness: Jesse Fourmy (recalled).

Government's Admitted Exhibits: 50, 23 (redacted), 24, 20, 48, and 49.

Jurors excused.

Government's Witness: Gene Ross sworn.

Mr. Ross questioned by Court and counsel - witness allowed to testify.

Jurors present.

Government's Witnesses: Gene Ross CST, Trishell Young CST, and Richard William Stadnisky CST.

Government's Admitted Exhibit: 22.

11:50 a.m. - Jurors excused.

Defendants remanded to the custody of the USM.

Settling of Jury Instructions - defendants presence waived.

Jury instructions placed on the record.

Parties to meet and discuss the verdict form, and the Indictment that will be submitted to the jury.

Further Jury Trial continued to 2/15/06 @ 9:00 a.m.


Submitted by: Toni Fujinaga, Courtroom Manager.