# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lyn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/15/2006 | TIME: | 9:10 - 11:50<br>1:30 - 4:00 |

COURT ACTION:  EP: Further Jury Trial - 8th Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lyn Myers present and in custody.

Government's Witnesses: Jesse Fourmy (recalled); John Margenau CST; Robert Greer CST; and Damon Medina CST.

Government's Admitted Exhibit: 23 (as redacted).

10:30 a.m. - Government rests.

Jurors excused.

Defendants' Rule 29 Motion for Judgment of Acquittal - Denied.

Defendants (02) Scott Stadnisky and (04) Daniel Lyn Myers elect not to testify.

Court questions both defendants, and advises them of their right to testify, or to remain silent.

Both defendants elect not to testify, and inform the Court that their decision not to testify is a voluntary one.

Jurors present.

Defendant (02) Scott Stadnisky's Witness: Jesse Fourmy(recalled).

11:45 a.m. Defendants rests.

Closing Arguments.

Further Jury Trial continued to 2/16/06 @ 9:00 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.