# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lyn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/16/2006 | TIME: | 9:15 - 10:30<br>2:55 - 3:45 |

COURT ACTION:  EP: Further Jury Trial - 9th Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lyn Myers present and in custody.

Court instructs the Jurors.

No objection to the manner or order in which the instructions were read.

Jurors excused.

Discussion held re: additional instructions.

Jurors present.

Court further instructs the Jurors.

No objection to the manner or order in which the additional instructions were read.

Alternates excused and conditionally discharged.

10:30 a.m. - Jurors begin their deliberation.

Note From the Jury #1 - discussion held.

Response to Note From the Jury #1 Filed.

Note From the Jury #2 - discussion held.

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Response to Note From the Jury #2 filed.

Note From the Jury #3 - discussion held.

Response to Note From the Jury #3 filed.

Further Jury Deliberation continued to 2/17/06 @ 9:00 a.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.