# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (02) Scott Stadnisky and (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Jesse Fourmy (DEA) |
| ATTYS FOR DEFT: | 02 William Harrison<br>04 Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/17/2006 | TIME: | 9:00 - 9:40<br>11:20 - 11:45<br>12:25 - 12:35 |

COURT ACTION:  EP: Further Jury Deliberation - 2nd Day -

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

9:10 a.m. - Jurors present.

Tape recordings played for the jury.

9:40 a.m. - Jurors continue their deliberation.

Note From the Jury #4 - discussed.

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

11:25 a.m. - Jurors present.

Tape recordings played for the jury.

11:45 a.m. - Jurors continue their deliberation.

12:00 p.m. - Jurors have reached a verdict.

Defendants (02) Scott Stadnisky and (04) Daniel Lynn Myers present and in custody.

Court receives the verdict.

Verdict published and filed.

As to (02) Scott Stadnisky - Guilty; as to (04) Daniel Lynn Myers - Guilty.

Jurors polled and the verdict is unanimous.

Jurors discharged.

Sentencing is set for: (02) Scott Stadnisky - 6/5/06 @ 2:15 p.m.;
                      (04) Daniel Lynn Myers - 6/5/06 @ 3:00 p.m.

Defendants remanded to the custody of the USM.

Court orders that the Court pay for the Jurors lunch.

Submitted by: Toni Fujinaga Courtroom Manager.