ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363 SOM |
| | ) | |
| Plaintiff, | ) | VERDICT |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT STADNISKY, | ) | |
| DANIEL LYNN MYERS, | ) | |
| | ) | |
| Defendants. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 12 o'clock and 30 min. P M
SUE BEITIA, CLERK

VERDICT

We, the jury in the above entitled cause, find Defendant DANIEL LYNN MYERS:

\_\_\_\_\_ Not Guilty          \_\_X\_\_ Guilty

If you find DANIEL LYNN MYERS guilty, then state the amount of methamphetamine, its salts, isomers, and salts of its isomers for which he is responsible by checking one of the following:

\_\_\_\_\_    less than 50 grams of methamphetamine, its
           salts, isomers, and salts of its isomers

\_\_X\_\_    50 grams or more of methamphetamine, its
           salts, isomers, and salts of its isomers

DATED: 16 Feb 06 , at Honolulu, Hawaii.

SIGNED: _____
        FOREPERSON