LEFT SIDE

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>  )<br> SCOTT STADNISKY,    (02) )<br> DANIEL LYNN MYERS,  (04) )<br>  )<br>         Defendants.  )<br>_____ ) | CR. NO. 04-00363 SOM<br><br>GOVERNMENT'S EXHIBIT LIST;<br>CERTIFICATE OF SERVICE<br><br>Date:  January 31, 2006<br>Time:  9:00 a.m.<br>Judge: Susan Oki Mollway |

GOVERNMENT'S EXHIBIT LIST

The government's proposed exhibits are set forth in the attached list.

The United States reserves the right to add to, delete from or otherwise modify this list during the course of trial.

DATED: January 30, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   Assistant U.S. Attorney

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | MARKED | ADMITTED | DESCRIPTION | |
|---|---|---|---|---|
| 1 | — | 2-2-06 | FedEx Receipt #1 | J. Fourny |
| 2 | — | 2-2-06 | FedEx Receipt #2 | " |
| 3 | — | — | PostNet FedEx Receipt | |
| 4 | — | 2-1-06 | Copy of Sloane Paglinawan's License | |
| 5 | — | 2-1-06 | PostNet Record Receiving Log | P. Lau |
| 6 | — | 2-2-06 | FedEx Shipping Label | J. Fourny |
| 7 | — | 2-2-06 | Tape #1 of Nextel Conversations | J. Fourny |
| 8 | — | " | Tape #2 of Nextel Conversations | " |
| 9 | — | " | Tape #3 of Nextel Conversations | " |
| 10 | 2-2-06 | 2-2-06 | Packaging from FedEx Parcel | J. Fourny |
| 11 | — | 2-2-06 | Nextel i205 Boost Mobile Phone | |
| 12 | — | 2-1-06 | Drug Exhibit: 893.1 grams of Methamphetamine | J. Fourny / G. Goldberg |
| 13 | — | 2-2-06 | Federal Express Box | " |
| 14 | — | 2-1-06 | Nextel Partners Records | J. Fourny |
| 15 | — | " | T-Mobile USA Records | " |
| 16 | — | " | Nextel Communications Records | " |
| 17 | — | " | Cingular Records | " |
| 18 | — | " | SBC Telephone Records | " |
| 19 | — | " | Federal Express Records | " |

(Annotation: "NOT to Jury" bracketing exhibits 7, 8, 9)

| EXHIBIT | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 20 | ___ | 2-14-06 | IRS Certification of Lack of Record — J. Fourny |
| 21 | ___ | 2-2-06 | Aerial View of Milpitas California — J. Fourny |
| 22 | ___ | 2-14 | Federal Detention Center Call List Record — J. Fourny |
| 23 (redacted) | ___ | 2-14 / 2-15-06 as redacted | Federal Detention Center Transactional Records |
| 24 | ___ | 2-14 | Federal Detention Center CD Rom; 2 Recordings |
| 25 / 25A / 25B 2-1-06 / 25C / 25D / 25E 2-1-06 / 25F / 25G / 25H / 25I | ___ | 2-1-06 | Search Warrant Photos A-I — D. Burns |
| 26 | ___ | 2-1-06 | DHL Airbill: Shipper Sheldon Adejo; 8/12/03 — Lance Sundri |
| 27 | ___ | " | DHL Airbill: Sender S. Woo; 9/8/03 |
| 28 | ___ | " | FedEx Airbill: Sender S. Woo; 9/19/03 |
| 29 | ___ | " | FedEx Airbill: Sender Deycha Chock; 10/13/03 |
| 30 | ___ | " | FedEx Airbill: Sender Deycha Chock; 11/13/03 |
| 31 | ___ | " | FedEx Airbill: Sender S. Woo; 2/24/04 |
| 32 | ___ | " | FedEx Airbill: Sender Deycha Chock; 3/2/04 |
| 33 | ___ | " | FedEx Airbill: Sender S. Woo; 4/21/04 |
| 34 | ___ | " | FedEx Airbill: Sender S. Woo; 4/21/04 |
| 35 | ___ | " | FedEx Airbill: Sender S. Woo; 5/11/04 |

| EXHIBIT | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 36 | —— | 2-1-06 | FedEx Airbill: Sender S. Woo; 6/3/04 |
| 37 | —— | " | FedEx Airbill: Sender Sloane Paglinawan; 6/7/04 |
| 38 | —— | " | FedEx Airbill: Sender Sloane Paglinawan; 6/7/04 |
| 39 | —— | " | FedEx Airbill: Sender D. Chock; 6/16/04 |
| 40 | —— | " | PostNet Delivery Receipt; D. Chock; No. 255433 |
| 41 | —— | " | Drug Pay/Owe Note #1 |
| 42 | —— | " | Drug Pay/Owe Note #2 |
| 43 | —— | " | Drug Pay/Owe Note #3 |
| 44 | —— | " | UPS 2nd Day Air Receipt; D. Chock to Daniel Myers |
| 45 | —— | " | AT&T Wireless Phone Invoice: Dan L. Myers    Lance Sardoni |
| 46 | —— | —— | Crime Laboratory Examination Report; Methamphetamine |
| 47 | —— | —— | Record of Conviction; Daniel Lynn Myers; 10/28/04 |
| 48 | —— | 2-14-06 | Phone Summary Chart #1   J. Fourny |
| 49 | —— | 2-14-06 | Phone Summary Chart #2 |
| 50 | —— | 2/14 | Western Union Record of Transaction   J. Fourny |
| 51 | | 2/10/06 | letter (William Clifford) |
| 52 | | " | photo - truck   (W. Clifford) |

3

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    WILLIAM HARRISON, ESQ.
    841 Bishop Street
    Suite 800
    Honolulu, HI   96813

    Attorney for Defendant
    SCOTT STADNISKY

    LANE TAKAHASHI, ESQ.
    745 Fort Street
    Suite 2121
    Honolulu, HI   96813

    Attorney for Defendant
    DANIEL LYNN MYERS

DATED:   January 30, 2006, at Honolulu, Hawaii.

                                    /s/ Dawn M. Aihara