EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363-02 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | NON-OBJECTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| DANIEL LYNN MYERS, (02) | ) | Date:  June 5, 2006 |
| | ) | Time:  3:00 p.m. |
| Defendant. | ) | Judge: Susan Oki Mollway |
| | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES OF AMERICA has no objection to the Proposed Presentence Report in the above-captioned matter, and no requested additions to that Report.

DATED:  May 4, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By  /s/ Kenneth M. Sorenson
                                 KENNETH M. SORENSON
                                 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

      LANE TAKAHASHI, ESQ.
      laneytakahashi@hotmail.com

      Attorney for Defendant
      DANIEL LYNN MYERS

Served by hand-delivery:

      ROY KAWAMOTO
      U.S. Probation Office
      300 Ala Moana Boulevard, Room C-126
      P.O. Box 50111
      Honolulu, HI  96850

      DATED:  May 4, 2006, at Honolulu, Hawaii.

                                /s/ Dawn M. Aihara