ORIGINAL

LANE Y. TAKAHASHI 2417-0
AAL, ALC
TOPA FINANCIAL CENTER
745 FORT STREET, SUITE 2121
HONOLULU, HAWAII 96813
TELEPHONE: (808) 521-7181
FAX:       (808) 550-4311
E-Mail: laneytakahashi@hotmail.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00363 SOM-04 |
| | ) |
| | ) SENTENCING STATEMENT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| DANIEL LYNN MYERS,    (04) | ) |
| | ) |
| Defendant. | ) |
| | ) Time: 3:00 p.m. |
| | ) Date: June 5, 2006 |
| | ) Judge: Honorable Susan Oki Mollway |
| | ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 03 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

SENTENCING STATEMENT

Pursuant to the Orders of this Court dated October 30, 1997, Local Rules of Practice for the U.S. District Court for the District of Hawaii, Sentencing Procedure, Defendant, DANIEL LYNN MYERS, through his court-appointed attorney, Lane Y. Takahashi, has no objection to the Proposed Presentence Report.

DATED: Honolulu, Hawaii, April 27, 2006.

_[signature]_
LANE Y. TAKAHASHI
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that one copy of the foregoing was served upon the following party(ies) on May 4, 2006 by mail or hand delivery:

Kenneth M. Sorenson
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Roy T. Kawamoto
U.S. Probation Office
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

_[signature]_
LANE Y. TAKAHASHI