ORIGINAL

LANE Y. TAKAHASHI, AAL, ALC 2417
Topa Financial Center
2121 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813

Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED JUN 5 2006
at 10 o'clock and 05 min. A M
SUE BEITIA, CLERK

JUN 02 2006
3:00 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00363 SOM-04 |
| ) | |
| vs. ) | |
| ) | |
| DANIEL LYNN MYERS, (04) ) | |
| ) | |
| Defendant. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; |
| ) | ORDER |
| ) | |

STIPULATION TO CONTINUE SENTENCING HEARING

It is hereby stipulated by and between the undersigned parties that the Sentencing hearing in the above-captioned case is hereby continued from June 5, 2006 at 3:00 p.m. to July 31, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway.

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

_____
LANE Y. TAKAHASHI
Attorney for Defendant

[U.S.A. v. MYERS, Cr. No. 04-00363]

APPROVED AND SO ORDERED:

/s/ Susan Oki Mollway
_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled
Court

2