IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363-02 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | CONTINUE SENTENCING |
| | ) | |
| DANIEL LYNN MYERS,  (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION TO CONTINUE SENTENCING

Defendant's Motion to Continue Sentencing Hearing, filed July 25, 2006, is GRANTED. The sentencing hearing is continued to Monday, October 30, 2006, at 1:30 p.m.

DATED: Honolulu, Hawaii; July 26, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge