ORIGINAL

LANE Y. TAKAHASHI, ESQ.    2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
DANIEL LYNN MYERS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 0 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00363-02 SOM |
| | ) |
| vs. | ) MOTION TO CONTINUE |
| | ) SENTENCING HEARING; |
| DANIEL LYNN MYERS,    (02) | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) Date:  Non-hearing Motion |
| | ) Time:  N/A |
| | ) Judge:  Susan Oki Mollway |

LANE Y. TAKAHASHI, ESQ.  2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
DANIEL LYNN MYERS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00363-02 SOM |
| | ) |
| vs. | ) MOTION TO CONTINUE |
| | ) SENTENCING HEARING |
| DANIEL LYNN MYERS,         (02) | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant, DANIEL LYNN MYERS, by and through undersigned counsel, Lane

Y. Takahashi, hereby moves this Court to continue the sentencing hearing scheduled for

October 30, 2006 at 1:30 p.m.

This motion is based upon the records and files of this case, and the attached

declaration of counsel.

Dated:  Honolulu, Hawaii, October 18, 2006.

LANE Y. TAKAHASHI
Attorney for Defendant