UNITED STATES IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00363-02 SOM |
| ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| DANIEL LYNN MYERS,    (02) ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF COUNSEL

LANE Y. TAKAHASHI hereby declares as follows:

1. I am the attorney for the Defendant, DANIEL LYNN MYERS, having been appointed pursuant to the Criminal Justice Act;

2. The sentencing hearing in the above-captioned matter is currently set for October 30, 2006 at 1:30 p.m.;

3. As reflected in Addendum No. 2 to the Presentence Report, the Defendant has been diagnosed with "High grade superficial bladder cancer" and has received chemotherapy in California during 2005;

4. The Defendant has recently received a blood and urine workup at the Federal Detention Center Medical Facility in anticipation of a local medical examination to determine the status of his condition;

5. I have spoken with Assistant U. S. Attorney, Kenneth M. Sorenson, and he has no objection to this motion;

6. Accordingly, a (3) three month continuance is requested in this case in order to have knowledge of the Defendant's current medical condition prior to his sentencing hearing.

3

_____
LANE Y. TAKAHASHI
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October __, 2006:

Kenneth M. Sorenson
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, October 18, 2006.

_____
Lane Y. Takahashi

4