IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00363-04 SOM |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) |
| DANIEL LYNN MYERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF COUNSEL

LANE Y. TAKAHASHI hereby declares as follows:

1. I am the attorney for the Defendant, DANIEL LYNN MYERS, having been appointed pursuant to the Criminal Justice Act;

2. On October 20, 2006, the Defendant informed me that he was discharging me as his attorney alleging ineffective assistance of counsel;

3. Defendant further stated that he will be alleging ineffective assistance of counsel in his appeal and post conviction proceedings;

4. Based upon the above, I am filing the instant motion due to the conflict of interest presented by the above allegation.

_____
Lane Y. Takahashi