# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 04-00363SOM

CASE NAME:      USA vs.  (04) Daniel Lynn Myers

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway            REPORTER:

DATE:     10/24/2006                   TIME:

COURT ACTION:  EO:

Defendant's Motion to Continue Sentencing Hearing is Granted.

Sentencing to Count 1 of the Superseding Indictment set for 10/30/06 @ 1:30 p.m. SOM is continued to 2/6/07 @ 2:15 p.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.