# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA v. (04) Daniel Lynn Myers |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (04) Lane Y. Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 10/25/2006 | TIME: | 1:38 - 1:43 |

COURT ACTION:   EP: [194] Motion to Withdraw as Counsel for (04) Daniel Lynn Myers - deft present in custody.

SEALED HEARING HELD 1:40:48 - 1:42:53)

Motion GRANTED.
Court will appoint Cynthia Kagiwada as new CJA counsel.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager