LANE Y. TAKAHASHI, ESQ.  2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00363-04 SOM |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | WITHDRAW AS COUNSEL |
| DANIEL LYNN MYERS, (04) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | Judge: Barry M. Kurren |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The hearing on the Motion to Withdraw as Counsel came on for hearing on October 25, 2006 with Assistant U. S. Attorney, Kenneth M. Sorenson appearing for the United States, Lane Y. Takahashi appearing as counsel for Defendant, DANIEL LYNN MYERS, who was present.

The Court, after hearing the representations and arguments of counsel, HEREBY GRANTS the Motion to Withdraw as Counsel.

APPROVED AS TO FORM:


[Signature waived
Kenneth M. Sorenson
Assistant U. S. Attorney

[U.S.A v. Myers, Cr. No. 03-00363-04 SOM]

/s/ Barry M. Kurren
BARRY M. KURREN
Magistrate Judge of the United
States District Court

2

[U.S.A v. Myers, Cr. No. 03-00363-04 SOM]