Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
(808) 230-4430
e-mail: c_kagiwada@hotmail.com

Attorney for Defendant
DANIEL LYNN MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00363-04 SOM |
| ) | |
| Plaintiff, ) | MOTION FOR CONTINUANCE |
| vs. ) | OF SENTENCING HEARING; |
| ) | DECLARATION OF COUNSEL; |
| DANIEL LYNN MYERS (04) ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

COMES NOW the defendant, DANIEL LYNN MYERS, by and through counsel, Cynthia A. Kagiwada, and moves this Honorable Court for a continuance of his sentencing hearing, currently scheduled for February 6, 2007. Defendant is seeking a continuance of sixty days to allow for the preparation and review of the trial transcripts.

This motion is based upon Federal Rules of Criminal Procedure 32(b)(2) and 47, the attached declaration of counsel, and the underlying record herein.

DATED: Kaneohe, Hawaii, January 31, 2007.

        Respectfully submitted,


    /s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
DANIEL LYNN MYERS