# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| Kenneth Sorenson | ken.sorenson@usdoj.gov | January 31, 2007 |
| David F. Klein | dfklein@gmail.com | January 31, 2007 |
| William A. Harrison | wharrison@hamlaw.net | January 31, 2007 |
| Clifford B. Hunt | notguilty007@msn.com | January 31, 2007 |

DATED: Kaneohe, Hawaii, January 31, 2007.

/s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA