```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 04-00363 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | CONTINUANCE OF SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| DANIEL LYNN MYERS (04), | ) | **New Date:** |
| | ) | **Monday, April 9, 2007** |
| Defendant. | ) | **1:30 p.m.** |
| _____ | ) | **Judge Susan Oki Mollway** |

ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant's Motion to Continue Sentencing Hearing, filed January 31, 2007, is GRANTED. The sentencing hearing is continued to **Monday, April 9, 2007, at 1:30 p.m.**

DATED: Honolulu, Hawaii; February 5, 2007.



_____
Susan Oki Mollway
United States District Judge