Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
(808) 230-4430
e-mail: c_kagiwada@hotmail.com

Attorney for Defendant
DANIEL LYNN MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00363-04 SOM |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL, |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| DANIEL LYNN MYERS (04) ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, DANIEL LYNN MYERS, appeals to the United States Court of Appeals for the Ninth Circuit from his conviction, sentence and amended judgment, entered on April 30, 2007.

DATED:   May 4, 2007, Kaneohe, Hawai'i.

Respectfully submitted,

   /s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
DANIEL LYNN MYERS