IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. CR 04-00363-04-SOM

Short Case Title United States v. Daniel Lynn Myers

Date Notice of Appeal Filed by Clerk of District Court    May 4, 2007

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| (See Attached) | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 2007

at _____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  May 14, 2007    Estimated date for completion of transcript _____

Print Name of Attorney  Cynthia A. Kagiwada    Phone Number  808-230-4430

Signature of Attorney  _Cynthia A. Kagiwada_

Address  P.O. Box 368 Kaneohe, HI 96744

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY: _____
(U.S. District Court Clerk)        (date)           DEPUTY CLERK

Transcript Designation and Ordering Form (Page 2)

U.S. District Court Case No. CR 04-00363-04-SOM
United States v. Daniel Lynn Myers

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 10/7/05 | ESR (C6 1:50-1:56) | Arraignment and Plea |
| 1/12/06 | Ann Matsumoto | Suppression Hearing |
| 1/19/06 | Debra Kekuna Chun | Final Pretrial Conference** |
| 1/30/06 | Sharon Ross | Motions Hearing** |
| 1/31/06 | Sharon Ross | Jury Trial Day 1* |
| 2/1/06 | Sharon Ross | Jury Trial Day 2* |
| 2/2/06 | Sharon Ross | Jury Trial Day 3* |
| 2/3/06 | Sharon Ross | Jury Trial Day 4* |
| 2/9/06 | Sharon Ross | Jury Trial Day 5* |
| 2/10/06 | Sharon Ross | Jury Trial Day 6* |
| 2/14/06 | Sharon Ross | Jury Trial Day 7* |
| 2/15/06 | Sharon Ross | Jury Trial Day 8* |
| 2/16/06 | Sharon Ross | Jury Trial Day 9* |
| 2/17/06 | Sharon Ross | Jury Deliberation/Verdict* |
| 4/19/06 | Debra Kekuna Chun | Sentencing |

* Designated transcripts are already on file

** Designated transcripts were also designated by codefendant Scott Stadnisky on March 28, 2007