

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
4:30p
DISTRICT OF HAWAII

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. DANIEL LYNN MYERS
   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10239
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00363 SOM-04

II. **DATE NOTICE OF APPEAL FILED:** 5/4/07

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**
   **DOCKET FEE PAID ON:**           **AMOUNT:**
   **NOT PAID YET:**                 **BILLED:**
   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?** YES
   **IF YES, SHOW DATE:** Financial Affidavit filed 10/17/05.
   **WAS F.P. STATUS REVOKED:**      **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)