

U.S. Department of Justice

Federal Bureau of Prisons

CORRESPONDENCE

---

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

June 22, 2007

The Honorable Susan Oki Mollway
Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**Re:  MYERS, Daniel Lynn**
      Reg. No. 95490-022
      Docket No. 1:04CR00363-002

Dear Judge Mollway:

　　This is in response to the Court's recommendation that Daniel Myers serve his term of confinement at the federal facility in either Atwater, California, or Herlong, California. In addition, the Court recommended he receive medical treatment. Mr. Myers was sentenced in your court to a 336-month term for Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine.

　　Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Myers has been classified as a high security level offender. The Atwater facility houses high security level offenders, but based upon his medical classification, Mr. Myers is not appropriate for the Atwater facility. In addition, the Herlong facility houses minimum and medium security level offenders. Accordingly, Mr. Myers has been designated to the Victorville high security level facility in Adelanto, California, where he will receive appropriate health care services.

　　Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Delbert G. Sauers
　　　　　　　　　　　　　　　　　Chief

mbp
cc:  Warden, USP Victorville