**FILED**

UNITED STATES COURT OF APPEALS

FEB 01 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL LYNN MYERS,<br><br>Defendant - Appellant. | No. 07-10239<br><br>D.C. No. CR-04-00363-SOM-04<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 04 2008
1:00 pm
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

Appellee's unopposed motion for an extension of time to file the answering brief is granted. The answering brief is due March 28, 2008. Any further request for an extension of time to file the answering brief is disfavored. Appellee is reminded that all motions in criminal cases should include appellant's bail status. *See* 9th Cir. R. 27-8.1.

The optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate of record.

/s/ Peter L. Shaw
General Order 6.3(e)

promo commissioner 01.28.08/at