IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. CR 04-00363-04-SOM

Short Case Title United States v. Daniel Lynn Myers

Date Notice of Appeal Filed by Clerk of District Court May 4, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
DISTRICT OF HAWAII

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| (See Attached) | | |
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered May 14, 2007   Estimated date for completion of transcript _____

Print Name of Attorney Cynthia A. Kagiwada   Phone Number 808-230-4430

Signature of Attorney _Cynthia C. Kagiwada_

Address P.O. Box 368 Kaneohe, HI 96744

SECTION B - To be completed by court reporter

I, _Sharon Ross_ (signature of court reporter) have received this designation.

(✓) Arrangements for payment were made on 5/16/07
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

40 Approximate Number of Pages in Transcript--Due Date 6/16/07

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 05 2008
at ___ o'clock and ___ min, P.M.
SUE BEITIA, CLERK

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed # 4-16-07   Court Reporter's Signature _Sharon Ross_

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia          02/05/08         BY: _____
(U.S. District Court Clerk)   (date)           DEPUTY CLERK

Transcript Designation and Ordering Form (Page 2)

U.S. District Court Case No. CR 04-00363-04-SOM
United States v. Daniel Lynn Myers

| Hearing Date | Court Reporter | Proceedings | |
|---|---|---|---|
| 10/7/05 | ESR (C6 1:50-1:56) | Arraignment and Plea | |
| 1/12/06 | Ann Matsumoto | Suppression Hearing | |
| 1/19/06 | Debra Kekuna Chun | Final Pretrial Conference** | Filed |
| 1/30/06 | Sharon Ross | Motions Hearing** | 4-16-07 |
| 1/31/06 | Sharon Ross | Jury Trial Day 1* | 2-7-07 |
| 2/1/06 | Sharon Ross | Jury Trial Day 2* | 2-7-07 |
| 2/2/06 | Sharon Ross | Jury Trial Day 3* | 2-7-07 |
| 2/3/06 | Sharon Ross | Jury Trial Day 4* | 2-9-07 |
| 2/9/06 | Sharon Ross | Jury Trial Day 5* | 2-9-07 |
| 2/10/06 | Sharon Ross | Jury Trial Day 6* | 2-9-07 |
| 2/14/06 | Sharon Ross | Jury Trial Day 7* | 2-10-07 |
| 2/15/06 | Sharon Ross | Jury Trial Day 8* | 2-10-07 |
| 2/16/06 | Sharon Ross | Jury Trial Day 9* | 2-10-07 |
| 2/17/06 | Sharon Ross | Jury Deliberation/Verdict* | 2-10-07 |
| 4/19/06 | Debra Kekuna Chun | Sentencing | |

* Designated transcripts are already on file

** Designated transcripts were also designated by codefendant Scott Stadnisky on March 28, 2007